UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE:<br>  ROLLAND CHRISTOPHER ROY<br>  ELLENA MARIE ROY<br>                              Debtors | CASE NO: 05-39484<br>          (Chapter 13)<br><br>JUDGE LAWRENCE S. WALTER |

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4055559**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 21/ 33 | PEDIATRIX OBSTETRIX<br>BOX 101157<br>ATLANTA, GA  30392 | 2.64 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 1/10/2011

Certificate of Service 05-39484

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH 43215

ROLLAND CHRISTOPHER ROY
ELLENA MARIE ROY
255 BAKER LN.
CARLISLE, OH 45005

RICHARD E WEST
195 E CENTRAL AVE
BOX 938
SPRINGBORO, OH 45066

(50.1n)
B FIRST LLC
MAIL STOP 550
2101 FOURTH AVENUE SUITE 1030
SEATTLE, WA 98121

(58.1n)
GMAC
BOX 130424
ROSEVILLE, MN 55113

(42.1n)
LITTON LOAN SERVICING LP
% MCCALLA RAYMER LLC
1544 OLD ALABAMA ROAD
ROSWELL, GA 30076

(33.1)
PEDIATRIX OBSTETRIX
BOX 101157
ATLANTA, GA 30392

(59.1n)
PRA RECEIVABLES MANAGEMENT
BOX 41067
NORFOLK, VA 23541

(54.1n)
STEPHEN D MILES
18 W MONUMENT AVE
DAYTON, OH 45402

Jeffrey M. Kellner BY      /s/ Jeffrey M. Kellner      sv